FILED

# UNITED STATES DISTRICT COURT

2008 AUG 15 PM 3:29

## SOUTHERN DISTRICT OF CALIFORNIA

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNB_____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: __'08 MJ 2535__

The person charged as __CORTES, Ruben__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California (Los Angeles)__ on __09/07/07__ with: __Title 18 USC 3583(e)(3)__ in violation of:

**Violation of conditions of Supervised Release.**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __08/15/08__

_____Steve Chaco_____
CI - Deputy United States Marshal

Reviewed and Approved

DATE: 8/15/2008

_____ Dominic Kardum
Assistant United States Attorney

## UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| vs. | Plaintiff(s) | CR06-00750-SJO |
| RUBEN CORTES | Defendant(s) | **WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   RUBEN CORTES

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court  [x] Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18   United States Code, Section(s) 3583(e)(3)

Sherri R. Carter
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

SIGNATURE OF DEPUTY CLERK

9/7/07 / Los Angeles
DATE AND LOCATION OF ISSUANCE

BY:   S. James Otero
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

DATE OF ARREST

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

NAME OF ARRESTING OFFICER

TITLE

SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                                                     PAGE 1 of 2

PROB 12
(Rev. 11/04)

USM

# United States District Court
### for
### CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP - 6 2007
CENTRAL DISTRICT OF CALIF.
BY                                DEP

U.S.A. VS. RUBEN CORTES

Docket No. CR06-00750-SJO

**Petition on Probation and Supervised Release (Bench Warrant)**

  COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>RUBEN CORTES</u> who was placed on supervision by the Honorable <u>LYLE E. STROM</u> sitting in the Court at <u>Omaha, Nebraska</u>, on the <u>2nd</u> day of <u>October, 2001</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). <u>Jurisdiction was transferred to the Central District of California on September 25, 2006.</u>

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**(SEE ATTACHED)**

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Ruben Cortes before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this __4__ day of __Sept__, 20__07__ and ordered filed and made a part of the records in the above case.   **S. JAMES OTERO**

United States District Judge
S. JAMES OTERO

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 27, 2007

AMY YOUNG
U. S. Probation Officer

Place:     Long Beach, California

U.S.A. VS. RUBEN CORTES
DOCKET NO. CR06-00750-SJO

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

Having been ordered by the Court to participate in outpatient drug aftercare, on May 24, 2006, Ruben Cortes failed to report for drug counseling at Detection Treatment & Resources (DTR).

2. Having been ordered by the Court to participate in outpatient drug aftercare, on May 6, July 9, August 15, 17, 20, 23, and 26, 2007, Ruben Cortes failed to report for drug testing at DTR.

3. Having been ordered by the Court to refrain from the use of illicit drugs, on August 14, 2007, Ruben Cortes submitted a urine sample which upon analysis tested positive for cocaine.

4. Having been ordered by the Court to follow the instructions of the Probation Officer, Ruben Cortes failed to do so after failing to report to the U.S. Probation Office located at 501 W. Ocean Blvd, Suite 6340, Long Beach, California, on August 16 and 27, 2007.

5. Having been ordered by the Court to pay for and successfully complete any diagnostic evaluation, treatment or counseling program, or approved support groups, for alcohol and/or controlled substance abuse, as directed by the U.S. Probation Officer, Ruben Cortes failed to make $25 monthly co-payments to DTR in April, May, June, July and August 2007.

6. Having been ordered by the Court to comply with the Standard Conditions of Supervision including Condition No. 3, Ruben Cortes submitted late and/or incomplete written reports for the months covering May, July, September, and October, 2006, and he failed to submit any monthly supervision report for the month covering July 2007.