MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**SEPTEMBER 2, 2008**

| HON. **BARBARA L. MAJOR** | | | DEPUTY CLERK: **M. BEHNING** |
|---|---|---|---|
| 08MJ2535-RBB | USA | VS | RUBEN CORTES(1/C/ENG) 18068112 |

```
                         1: JOE McMULLEN S/A FOR
                            ERICA ZUNKEL, FD
                            AUSA: DOMINIC KARDUM
```

REMOVAL/ID HEARING
==================================================================
BLM08:1019-1029


REMOVAL/ID HEARING HELD
DEFT WAIVES ID HEARING
WAIVER FILED
COURT FINDS DEFT IS PERSON CHARGED AND ORDERS DEFT REMOVED FORTHWITH TO THE CENTRAL DISTRICT OF CALIFORNIA

WARRANT OF REMOVAL SUBMITTED