UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. 08MJ2535 |
| v. | WAIVER OF HEARING |
| RUBEN CORTES | (Probation/Supervised Release Violation) |

**FILED**
SEP - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _Ece_ DEPUTY

To: United States Marshal

I, **RUBEN CORTES**, charged in a proceeding pending in the Central District of California, with violating conditions of supervised release, in violation of Title 18, United States Code, Section 3583(e)(3), and having been arrested in the Southern District of California, and taken before the Honorable Barbara L. Major, United States Magistrate Judge for that district, who informed me of:

1. The alleged violation(s) committed by me (including written notice thereof prior to any revocation hearing);

2. My right to retain counsel or to request the appointment of counsel if I cannot obtain counsel;

3. My right to a preliminary hearing to determine whether there is probable cause to believe that a violation occurred, including my right to appear at the preliminary hearing, present evidence, and possibly question any adverse witness;

4. My right to a revocation hearing, upon a finding of probable cause, where I can appear, present evidence, and possibly question any adverse witness; and

5. My right to execute a waiver thereof.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A:

☑ identity hearing

☐ preliminary hearing

☐ revocation hearing in the district having jurisdiction

pursuant to Federal Rule of Criminal Procedure 32.1, and consent to the issuance of a warrant for my removal to the Central District of California, where the aforesaid charge (alleged violation) is pending against me.

DATED: _9-2_, 2008.

_____
RUBEN CORTES
Signature of Defendant

_____
Counsel for Defendant

DEK/tlp/August 28, 2008/Rev 12/02